Submitted on record and briefs May 5, reversed and remanded June 28, 2000

In the Matter of Randall Beardsley,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## RANDALL BEARDSLEY,
*Appellant.*

(C980121MC; CA A104093)

7 P3d 654

Susan D. Isaacs filed the brief for appellant.

Philip Schradle, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Reversed and remanded. *State v. Grellert*, 144 Or App 201, 925 P2d 161 (1996); *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994); *State v. May*, 131 Or App 570, 888 P2d 14 (1994).